LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SHANNON M. LEITCH, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. EDCV 22-0306 DFM <br><br> ORDER AWARDING EAJA FEES |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED SIXTY-THREE DOLLARS AND 32/100 ($4,863.32), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: September 1, 2022     _____
               HON. DOUGLAS F. MCCORMICK,
               UNITED STATES MAGISTRATE JUDGE